UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| F.C.C., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 23-3146 (APM) |

**DEFENDANT'S CONSENT MOTION FOR BRIEFING SCHEDULE**

Defendant United States of America, by and through the undersigned counsel, respectfully submits this consent motion for a briefing schedule.

Plaintiff F.C.C. brings an action under the Federal Tort Claims Act. On August 25, 2022, Plaintiff filed his complaint before the U.S. District Court for the Eastern District of New York. ECF No. 1, Compl. On September 5, 2023, the court transferred the case to the U.S. District Court for the District of Columbia.

Defendant intends to move to dismiss. Accordingly, on October 26, 2023, pursuant to Local Civil Rule 7(m) of the Rules of the U.S. District Court for the District of Columbia, the undersigned counsel, via electronic mail, requested Plaintiff's position on setting a briefing schedule and on Defendant's filing dates for the motion and reply. On the same day, counsel for Plaintiff, via electronic mail, proposed the date for Plaintiff's response and consented to the briefing schedule. Therefore, Defendant respectfully asks the Court to set the following briefing schedule:

| Event | Deadline |
|---|---|
| Defendant's Motion to Dismiss | December 5, 2023 |
| Plaintiff's Response to Motion to Dismiss | January 8, 2024 |
| Defendant's Reply In Support of Motion to Dismiss | February 7, 2024 |

WHEREFORE, Defendant respectfully requests that the Court grant this consent motion for briefing schedule and enter the schedule reflected above and in the attached proposed order.

Dated: October 30, 2023
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:     /s/ Joseph F. Carilli, Jr.
JOSEPH F. CARILLI, JR.
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2525

*Counsel for United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| F.C.C., )<br><br>    Plaintiff, )<br><br>    v. )<br><br>UNITED STATES OF AMERICA, )<br><br>    Defendant. ) | Civil Action No. 23-3146 (APM) |

### [PROPOSED] ORDER

Before the Court is Defendant's Consent Motion for Briefing Schedule. Upon consideration of the motion and the entire record, the Court finds good cause to support the relief requested. Accordingly, it is ORDERED that Defendant's motion is GRANTED. It is further ORDERED that:

1. Defendant's Motion to Dismiss is due on December 5, 2023;

2. Plaintiff's Response to Defendant's Motion to Dismiss is due on January 8, 2024; and

3. Defendant's Reply In Support of Defendant's Motion to Dismiss is due on February 7, 2024.

_____   _____
Date                         AMIT P. MEHTA
                             United States District Judge