UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| F.C.C., et al.., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 23-3146 (APM) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT'S CONSENT MOTION TO MODIFY BRIEFING SCHEDULE**

Defendant United States of America, by and through the undersigned counsel, respectfully submits this consent motion to modify the briefing schedule.

Plaintiff F.C.C. brings an action under the Federal Tort Claims Act. On August 25, 2022, Plaintiff filed his complaint before the U.S. District Court for the Eastern District of New York. ECF No. 1, Compl. On September 5, 2023, the court transferred the case to the U.S. District Court for the District of Columbia.

On October 31, 2023, the Court granted Defendant's motion for briefing schedule. Order (Oct. 31, 2023). Subsequent to the Court's order, the parties commenced discussion on settlement on Plaintiffs' claims. During that discussion, on November 9, 2023, pursuant to Local Civil Rule 7(m) of the Rules of the U.S. District Court for the District of Columbia, the undersigned counsel, via telephone conference, requested Plaintiffs' position on a modification to the briefing schedule to allow for additional time to discuss settlement. On November 14, 2023, counsel for Plaintiffs,

via electronic mail, consented to a one-week modification.  Therefore, Defendant respectfully asks the Court to modify the briefing schedule as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendant's Motion to Dismiss | December 5, 2023 | December 12, 2023 |
| Plaintiffs' Response to Motion to Dismiss | January 8, 2024 | January 15, 2024 |
| Defendant's Reply In Support of Motion to Dismiss | February 7, 2024 | February 14, 2024 |

WHEREFORE, Defendant respectfully requests that the Court grant this consent motion to modify the briefing schedule and enter the schedule reflected above and in the attached proposed order.

Dated: November 14, 2023
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

/s/ Joseph F. Carilli, Jr.
JOSEPH F. CARILLI, JR.
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2525

*Counsel for United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| F.C.C., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 23-3146 (APM)<br>)<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER

Before the Court is Defendant's Consent Motion to Modify the Briefing Schedule. Upon consideration of the motion and the entire record, the Court finds good cause to support the relief requested. Accordingly, it is ORDERED that Defendant's motion is GRANTED. It is further ORDERED that:

1. Defendant's Motion to Dismiss is due on December 12, 2023;

2. Plaintiffs' Response to Defendant's Motion to Dismiss is due on January 15, 2024; and

3. Defendant's Reply In Support of Defendant's Motion to Dismiss is due on February 14, 2024.

_____　　　　　　　　　　_____
Date　　　　　　　　　　　　　　　　　　　　AMIT P. MEHTA
　　　　　　　　　　　　　　　　　　　　　　United States District Judge