UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| F.C.C., on his own behalf and on behalf of his minor child, A.C.L., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>United States of America, <br><br>　　　　　Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 23-3146 (APM) <br> ) <br> ) <br> ) <br> ) <br> ) |

**<u>DEFENDANT'S UNOPPOSED MOTION TO STAY PROCEEDINGS</u>**

　　Defendant, by and through undersigned counsel, respectfully moves to stay all proceedings in this matter to allow the parties to continue settlement discussions. In support of this motion, Defendant states as follows:

　　1.　　Plaintiff F.C.C., on his behalf and on behalf of his minor child A.C.L., brings an action under the Federal Tort Claims Act. On November 30, 2023, the parties reached a tentative agreement to resolve Plaintiff's claims, and the parties require additional time to continue discussions.

　　2.　　"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants," *Landis v. N. Am. Co.*, 229 U.S. 248, 254 (1936), and a party may be required "to submit to delay not immoderate in extent and not oppressive in its consequences if . . . convenience will thereby be promoted." *Id.* at 256.

　　3.　　Defendant avers that a stay is necessary for the parties to continue to discuss settlement. Defendant's response to Plaintiff's complaint is due on December 12, 2023. Accordingly, Defendant seeks to stay proceedings in this case and proposes that the parties

submit a joint status report on January 5, 2024 to update the Court.

4.  In accordance with Local Civil Rule 7(m), on December 6, 2023, the undersigned counsel and Plaintiff's met and conferred via video teleconference. Plaintiff, through counsel, agreed to the relief sought in this motion.

Consequently, Defendant respectfully requestS that the Court stay all proceedings in this case and order the parties to submit a joint status report on January 5, 2024. A proposed order is attached.

| | |
|---|---|
| Dated:  December 7, 2023<br>Washington, DC | Respectfully submitted,<br><br>MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: */s/ Joseph F. Carilli, Jr.*<br>JOSEPH F. CARILLI, JR.<br>Assistant United States Attorney<br>601 D Street NW<br>Washington, DC 20530<br>(202) 252-2525<br>joseph.carilli@usdoj.gov<br><br>*Counsel for the United States of America* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| F.C.C., on his own behalf and on behalf of his minor child, A.C.L., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>United States of America, )<br>)<br>Defendant. )<br>) | Civil Action No. 23-3146 (APM) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's unopposed motion to stay proceedings and for good cause shown, it is hereby:

ORDERED that Defendant's unopposed motion is GRANTED; and it is further ORDERED that:

1. The proceedings are stayed; and

2. The parties shall file a joint status report on January 5, 2024, updating the Court on whether to continue the stay.

SO ORDERED:

_____         _____
Date                                              AMIT P. MEHTA
                                                       United States District Judge