UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| F.C.C., on his own behalf and on behalf of his minor child, A.C.L.,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 23-3146 (APM)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Pursuant to the Court's December 11, 2023 Minute Order, Plaintiff and Defendant, by and through undersigned counsel, hereby submit this joint status report.

On November 30, 2023, the parties reached a tentative agreement to resolve Plaintiff's claims. The parties are continuing to discuss settlement, and thus, the parties require additional time to continue discussions.

\* \* \*

Based on the foregoing, the parties propose that the parties file another Joint Status Report by March 8, 2024.

| | |
|---|---|
| Dated:   January 8, 2024 | Respectfully submitted, |
| */s/ Matthew K. Handley* <br> Matthew K. Handley <br> HANDLEY FARAH & ANDERSON PLLC <br> 1201 Connecticut Avenue, NW <br> Suite 200K <br> Washington, DC 20036 <br> (202) 559-2411 <br> mhandley@hfajustice.com <br> = <br> *Counsel for Plaintiff* | MATTHEW M. GRAVES, D.C. Bar. #481052 <br> United States Attorney <br><br> BRIAN P. HUDAK <br> Chief, Civil Division <br><br> */s/ Joseph F. Carilli, Jr.* <br> JOSEPH F. CARILLI, JR. <br> N.H. Bar No. 15311 <br> Assistant United States Attorney <br> 601 D Street, NW <br> Washington, DC 20530 <br> (202) 252-2525 <br> joseph.carilli@usdoj.gov <br><br> *Counsel for United States of America* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| F.C.C., on his own behalf and on behalf of his minor child, A.C.L., <br><br> Plaintiff, <br><br> v. <br><br> United States of America, <br><br> Defendant. | Civil Action No. 23-3146 (APM) |

**[PROPOSED] ORDER**

Upon consideration of the parties' joint status report, and the entire record herein, it is ORDERED that the parties are directed to file another Joint Status Report on March 8, 2024.

_____          _____
Date                                                              AMIT P. MEHTA
                                                                      United States District Judge