UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| F.C.C., on his own behalf and on behalf of his minor child, A.C.L.,<br><br>        Plaintiff,<br><br>    v.<br><br>United States of America,<br><br>        Defendant. | Civil Action No. 23-3146 (APM) |

**JOINT STATUS REPORT**

Pursuant to the Court's January 11, 2024 Minute Order, Plaintiff and Defendant, by and through undersigned counsel, hereby submit this joint status report.

On November 30, 2023, the parties reached a tentative agreement to resolve Plaintiff's claims. The parties are continuing to discuss settlement, and thus, the parties require additional time to continue discussions.

\* \* \*

Based on the foregoing, the parties propose that the parties file another Joint Status Report by May 7, 2024.

Dated:   March 8, 2024

*/s/ Matthew K. Handley*
Matthew K. Handley
HANDLEY FARAH & ANDERSON PLLC
1201 Connecticut Avenue, NW
Suite 200K
Washington, DC 20036
(202) 559-2411
mhandley@hfajustice.com

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

*/s/ Joseph F. Carilli, Jr.*
JOSEPH F. CARILLI, JR.
N.H. Bar No. 15311
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2525
joseph.carilli@usdoj.gov

*Counsel for United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| F.C.C., on his own behalf and on behalf of his minor child, A.C.L.,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 23-3146 (APM)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

Upon consideration of the parties' joint status report, and the entire record herein, it is

ORDERED that the parties are directed to file another Joint Status Report on May 7, 2024.

_____            _____
Date                                                                           AMIT P. MEHTA
                                                                                       United States District Judge