UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| F.C.C., on his own behalf and on behalf of his minor child, A.C.L., <br><br> Plaintiff, <br><br> v. <br><br> United States of America, <br><br> Defendant. | ) ) ) ) ) ) ) ) Civil Action No. 23-3146 (APM) ) ) ) ) ) ) |

**DEFENDANT'S RESPONSE TO PLAINTIFFS' UNOPPOSED MOTION FOR COURT APPROVAL OF SETTLEMENT OF MINOR'S CLAIMS**

Pursuant to the Court's April 9, 2024 Minute Order, Defendant United States of America, by and through undersigned counsel, respectfully responds to Plaintiff's motion, ECF No. 44. Defendant does not oppose Plaintiff's motion.

Dated:  April 9, 2024
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Joseph F. Carilli, Jr.*
JOSEPH F. CARILLI, JR.
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-2525
joseph.carilli@usdoj.gov

*Counsel for the United States of America*