UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| F.C.C., on his own behalf and on behalf of his minor child, A.C.L.,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | Civil Action No. 23-3146 (APM) |

**JOINT STATUS REPORT**

Pursuant to the Court's March 10, 2024 Minute Order, Plaintiff and Defendant, by and through undersigned counsel, hereby submit this joint status report.

On November 30, 2023, the parties reached a tentative agreement to resolve Plaintiff's claims. On April 4, 2024, Plaintiff filed an unopposed motion for approval of settlement of minor's claims, ECF No. 44, to which Defendant responded on April 9, 2024, ECF No. 45. Following approval of the settlement by the Court, Defendant will seek final approval by the Office of the Attorney General, and the Parties will execute the settlement following final approval by the Office of the Attorney General. Thus, the parties require additional time to conclude settlement.

* * *

Based on the foregoing, the parties propose that the parties file another Joint Status Report by June 11, 2024.

| | |
|---|---|
| Dated:   April 8, 2024 | Respectfully submitted, |
| */s/ Matthew K. Handley* | MATTHEW M. GRAVES, D.C. Bar. #481052 |
| Matthew K. Handley | United States Attorney |
| HANDLEY FARAH & ANDERSON PLLC | |
| 1201 Connecticut Avenue, NW | BRIAN P. HUDAK |
| Suite 200K | Chief, Civil Division |
| Washington, DC 20036 | |
| (202) 559-2411 | */s/ Joseph F. Carilli, Jr.* |
| mhandley@hfajustice.com | JOSEPH F. CARILLI, JR. |
| | N.H. Bar No. 15311 |
| *Counsel for Plaintiff* | Assistant United States Attorney |
| | 601 D Street, NW |
| | Washington, DC 20530 |
| | (202) 252-2525 |
| | joseph.carilli@usdoj.gov |
| | |
| | *Counsel for United States of America* |

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| F.C.C., on his own behalf and on behalf of his minor child, A.C.L., </br></br> Plaintiff, </br></br> v. </br></br> United States of America, </br></br> Defendant. | Civil Action No. 23-3146 (APM) |

### [PROPOSED] ORDER

Upon consideration of the parties' joint status report, and the entire record herein, it is ORDERED that the parties are directed to file another Joint Status Report on June 11, 2024.

_____           _____
Date                                                    AMIT P. MEHTA
                                                              United States District Judge