UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| F.C.C., on his own behalf and on behalf of his minor child, A.C.L.,<br><br>    Plaintiff,<br><br>  v.<br><br>United States of America,<br><br>    Defendant. | Civil Action No. 23-3146 (APM) |

**<u>ORDER</u>**

UPON CONSIDERATION of Plaintiff's Unopposed Motion for Court Approval of Settlement of Minor's Claims, and the entire record herein, it is hereby

ORDERED that Plaintiff's motion is GRANTED; and it is further

ORDERED that:

1. The Court approves the settlement of Plaintiff's claims;

2. The Court approves the allocation of settlement of proceeds as requested between F.C.C. and A.C.L. ($168,000.00 to F.C.C.; $112,000 to A.C.L.); and

3. The Court approves placement of A.C.L.'s portion of the Settlement into a trust operated by Legacy Enhancement until A.C.L. reaches the age of 21.

SO ORDERED:

_____       _____
Date                     AMIT P. MEHTA
                         United States District Judge