UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| F.C.C., on his own behalf and on behalf of his minor child, A.C.L., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | )      Civil Action No. 23-3146 (APM) ) |
| United States of America, | ) ) |
| Defendant. | ) ) ) |

## **JOINT STATUS REPORT**

Pursuant to the Court's March 10, 2024 Minute Order, Plaintiff and Defendant, by and through undersigned counsel, hereby submit this joint status report.

On November 30, 2023, the parties reached a tentative agreement to resolve Plaintiff's claims. On April 12, 2024, the Court granted Plaintiff's Unopposed Motion for Court Approval of Settlement of Minor's Claim, ECF No. 44. ECF No. 47, Order. At present, the government is seeking the necessary approval of the settlement agreement by the Office of the Attorney General. Following final approval by the Office of the Attorney General, the parties will execute the settlement agreement. Thus, the parties require additional time to conclude settlement.

* * *

Based on the foregoing, the parties propose that the parties file another Joint Status Report by June 11, 2024.

Dated: May 13, 2024

Respectfully submitted,

/s/ Matthew K. Handley
Matthew K. Handley
HANDLEY FARAH & ANDERSON PLLC
1201 Connecticut Avenue, NW
Suite 200K
Washington, DC 20036
(202) 559-2411
mhandley@hfajustice.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

/s/ Joseph F. Carilli, Jr.
JOSEPH F. CARILLI, JR.
N.H. Bar No. 15311
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2525
joseph.carilli@usdoj.gov

*Counsel for United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| F.C.C., on his own behalf and on behalf of his minor child, A.C.L., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 23-3146 (APM) |
| United States of America, | ) ) |
| Defendant. | ) ) ) |

**[PROPOSED] ORDER**

Upon consideration of the parties' joint status report, and the entire record herein, it is

ORDERED that the parties are directed to file another Joint Status Report on June 11, 2024.

_____
Date

_____
AMIT P. MEHTA
United States District Judge